Village Medical Supply, Inc., as Assignee of Laza Luz, Respondent, 
against
MVAIC, Appellant.




Marshall & Marshall, PLLC (Naim M. Press, Esq.), for appellant.
Zara Javakov, P.C. (Zara Javakov, Esq.), for respondent.

Appeal from a decision of the Civil Court of the City of New York, Kings County (Ingrid Joseph, J.), dated April 5, 2013, and from a judgment of the same court entered November 4, 2013. The judgment, entered pursuant to the decision, after a nonjury trial, awarded plaintiff the principal sum of $959.39.




ORDERED that so much of the appeal as is from the decision is dismissed, as no appeal lies therefrom (see CCA 1702); and it is further,
ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
At a nonjury trial in this action to recover assigned first-party no-fault benefits, the parties agreed that the sole issue for trial was whether plaintiff's assignor was a "qualified person," and, thus, whether she was eligible to recover no-fault benefits from defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC). Following the trial, the Civil Court awarded plaintiff judgment in the principal sum of $959.39.
For the reasons stated in Village Med. Supply, Inc. v MVAIC (53 Misc 3d 134[A], 2016 NY Slip Op 51429[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 21, 2017